IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:21-CR-00717 MTS |
| ) | FILED UNDER SEAL |
| JOAN SEBASTIAN SUPULVEDA MONA ) | |
| a/k/a "Sebastian", ) | |
| and ) | |
| CARLOS MARIO AGRESOTT SALAS, ) | |
| a/k/a "Carlos," "Curvo," and "Curbo" ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LIMITED UNSEALING OF INDICTMENT PACKET INCLUDING ARREST WARRANT AND INDICTMENT FOR PURPOSES OF EXTRADITION INCLUDING PROVISIONAL ARREST WARRANT

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and James C. Delworth, Assistant United States Attorney for said District, and moves this Court for an order unsealing the Indictment packet including the Indictment and arrest warrant for the limited purpose of seeking the arrest and extradition of defendants Mona and Salas. The Government in furtherance of its motion states:

1 On December 15, 2021, an Indictment was returned charging defendants Joan Sebastian Supulveda Mona and Carlos Mario Agresott Salas with one count of conspiracy to distribute more than 5 kilograms of cocaine having reasonable cause to believe that such cocaine would be unlawfully imported into the United States in violation of Title 21, United States Code, Sections 959, 963 and 960 and one count of conspiracy to possess with the intent to distribute more than 5 kilograms of cocaine aboard a vessel subject to the jurisdiction of the United States

in violation of Title 46, United States Code, Sections 70503 and 70506, and Title 21 United States Code Section 960.

2. Defendants have not been arrested on the indictment. Both defendants are citizens of the country of Colombia and are located in Colombia.

3. In order to obtain a provisional arrest warrant and the extradition of defendants Mona and Salas, the Government must attach to the required documents a certified copy of the Indictment and Arrest Warrants for each defendant. The Government seeks a limited unsealing of the Indictment packet to include the Indictment and Arrest Warrant for purposes of submitting documents seeking the arrest of the defendants and their extradition back to the United States to also include use at any hearings or proceeding connected to their arrest and extradition.

WHEREFORE, the Government requests this Court to order limited unsealing of the Indictment packet in this matter to include the Indictment and Arrest Warrant and providing the Government with certified copies of the Indictment and Arrest Warrant for use in preparing and submitting any documents as well as use at any hearings or proceedings involving in the arrest and extradition of defendants Joan Sebastian Supulveda Mona and Carlos Mario Agresott Salas.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

*/s/ James C. Delworth*
JAMES C. DELWORTH, #29702MO
ASSISTANT UNITED STATES ATTORNEY
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:21-CR-00717 MTS |
| ) | FILED UNDER SEAL |
| JOAN SEBASTIAN SUPULVEDA MONA ) | |
| a/k/a "Sebastian", ) | |
| and ) | |
| CARLOS MARIO AGRESOTT SALAS, ) | |
| a/k/a "Carlos," "Curvo," and "Curbo" ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the Indictment packet in this matter be unsealed for the limited purpose of purpose of obtaining certified copies of documents necessary for effecting the arrest and extradition of defendants Joan Sebastian Supulveda Mona and Carlos Mario Agresott Salas. It is further ordered that the Government will be provided certified copies of the Indictment and Arrest Warrant and may use these documents for the limited purpose of obtaining the arrest and extradition of defendants Joan Sebastian Supulveda Mono and Carlos Mario Agresott Salas including use at any hearings or proceedings.

It is so ordered this 4B day of March, 2022.

Respectfully submitted,

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE